IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL HOUSE OF PANCAKES, INC., et al.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>HAMID ALI,<br><br>      Defendant(s). | NO. C 04-05131 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Based upon Plaintiff's statement of intent in the May 27, 2005 Further Joint Statement Regarding Status of Arbitration and Compliance with Order for Preliminary Injunction to file a motion for writ of recovery of possession, the case management conference scheduled for June 6, 2005 is vacated. If necessary, the Court will conduct a further status conference on June 27, 2005 at 10:00 a.m. The parties shall meet and confer, and file a joint statement no later than June 15, 2005 setting forth the status of the case.

Dated: May 31, 2005                                        /s/ James Ware
                                                                                JAMES WARE
                                                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dawn Diana Johnson djohnson@ml-sf.com
Michael Heath mheath_law@sbcglobal.net

**Dated: May 31, 2005**                                              **Richard W. Wieking, Clerk**

                                                                     **By: /jwchambers/**
                                                                          **Ronald L. Davis**
                                                                          **Courtroom Deputy**