IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL HOUSE OF PANCAKES, INC., et al.,<br><br>　　　　　Plaintiff(s),<br>v.<br>HAMID ALI,<br>　　　　　Defendant(s). | NO. C 04-05131 JW<br><br>**ORDER FOR ISSUANCE OF WRIT OF IMMEDIATE POSSESSION AND DENYING PLAINTIFF'S REQUEST FOR MONETARY SANCTIONS** |

　　　　The Court, having considered Plaintiff's Ex Parte Application for Order to Show Cause Why Contempt Sanctions Should Not Be Imposed for Failure to Comply with the Order for Preliminary Injunction in the Form of (a) an Order for Writ of Immediate Possession of the Premises, and (b) Monetary Sanctions in the Amount of $400 per Day ("Ex Parte Application") and supporting documentation, Defendant's opposition to the Ex Parte Application and supporting declaration, and oral arguments of counsel at the June 27, 2005 Order to Show Cause hearing orders as follows:

　　　　1. The Clerk of Court shall issue a Writ of Possession, directed to the United States Marshall, to return possession of the premises located at 1075 North Davis Road, Salinas, California, 93907 ("the Premises") to IHOP Properties.

　　　　2. Plaintiff's request for monetary sanctions is denied.

Dated: June 27, 2005

04cv5131ordwrit

　　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1  THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

2  Dawn Diana Johnson djohnson@ml-sf.com
   Michael Heath mheath_law@sbcglobal.net

3

4

5  Dated: June 7, 2005

                                                Richard W. Wieking, Clerk

                                                By: _____
                                                    Ronald L. Davis
                                                    Courtroom Deputy