```
 1
 2
 3
 4
 5
 6
 7                       IN THE UNITED STATES DISTRICT COURT
 8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9                                  SAN JOSE DIVISION
10   INTERNATIONAL HOUSE OF                    NO. C 04-05131 JW
     PANCAKES, INC., et al.,
11                                             WRIT OF POSSESSION
                Plaintiff(s),
12        v.
13   HAMID ALI,
14              Defendant(s).
                                         /
15        To the U.S. Marshall:
16        You are directed to enter the following private place to take possession of the property: 1075
17   North Davis Road, Salinas, CA, 93907 ("the Premises").  The levying officer shall transfer
18   possession of the Premises to Dawn D. Johnson of McNutt & Litteneker, LLP, 188 The
19   Embarcadero, Suite 800, San Francisco, California 94105.  You are further directed to return this
20   writ and the certificate of your proceedings within 30 days after levy and service, but in no event
21   later than 60 days after issuance of this writ.
```

Dated: June 27, 2005

Richard W. Wieking
Clerk of Court

By: _____
Deputy Clerk